UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14233-CIV-GRAHAM/LYNCH

SERGIO RUNNINGDEER,

    Plaintiff,

v.

GIFFORD GROVES, LTD.,

    Defendant.
_____/



FILED by _____ D.C.

JUL 28 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S BILL OF COSTS [D.E. #38]

**THIS CAUSE** having come on to be heard upon the Defendant's Bill of Costs [D.E. #38] and this Court having reviewed the Bill of Costs and noting that no responsive pleading has been filed in opposition thereto and that the time for filing a response has expired, this Court makes the following recommendations to the District Court.

    1.    The District Court entered an Order on May 20, 2010 granting the Defendant's Motion To Dismiss. The Defendant seeks reimbursement for the following costs:

| | |
|---|---|
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $306.00 |
| Fees for exemplification and the costs of making copies obtained for use in the case | $ 10.00 |

    2.    The total amount of costs being sought by the Defendant to be taxed against the Plaintiff is $316.00. The Defendant has attached documents in support of these costs. This Court finds the costs to be reasonable. Since there has been no

objection pointing out any particular costs which are unreasonable, this Court must assume that the costs were reasonably incurred for preparation in this case.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's Motion For Bill Of Costs [D.E. #38] be **GRANTED** in the sum of $316.00, all of which shall be taxed against the Plaintiff herein.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _28TH_ day of July, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
James J. Dean, Esq.
Sergio Runningdeer, pro se

2