UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 09-14233-Civ-GRAHAM/LYNCH

SERGIO RUNNINGDEER,

    Plaintiff,

vs.

ELBERTA CRATE & BOX
COMPANY

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant's Motion for Bill of Costs [D.E. 38].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch. The Magistrate Judge issued a Report [D.E. 40] recommending that Plaintiff's motion be granted in the sum of $316.00. The parties did not file objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch's Report [D.E. 40] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for Bill of Costs [D.E. 38] is **GRANTED in the sum of $316.00 all of which shall be taxed against the Plaintiff.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of September, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lynch
    All Counsel of Record
    Mr. Sergio Runningdeer (via U.S. mail)
    320 S. Florida Ave
    Avon Park, FL 33825